## LARRY SCALES *v.* COMMISSIONER OF CORRECTION

The petitioner Larry Scales' petition for certification for appeal from the Appellate Court, 114 Conn. App. 902 (AC 29458), is denied.

*Linda J. Sullivan,* special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided June 30, 2009

## CHARLES GIANETTI *v.* GREATER BRIDGEPORT INDIVIDUAL PRACTICE ASSOCIATION ET AL.

## CHARLES GIANETTI *v.* PHYSICIANS HEALTH SERVICES, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 112 Conn. App. 903 (AC 27815), is denied.

ROGERS, C. J., and KATZ and VERTEFEUILLE, Js., did not participate in the consideration of or decision on this petition.

*Charles Gianetti,* pro se, in support of the petition.

*David R. Makarewicz, Linda L. Morkan* and *Jeffrey J. White,* in opposition.

Decided July 8, 2009